**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**KATRINA MINIER-CREIGHTON, AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF BRUCE WARREN CREIGHTON, JR., DECEASED;**

**Plaintiff,**

**v.** **Case No.: 5:26-cv-00343-JEP-PRL**

**LOYD ALAN BREWER, ALAN BREWER & SONS, INC.,**

**Defendants,**
______________________________________/

ORDER

Plaintiff filed motions to strike the Twelfth, Thirteenth, and Eighteenth affirmative defenses raised by Defendant Loyd Alan Brewer and Defendant Brewer & Sons, Inc. in their answers. (Docs. 24 and 25). Defendants have now filed notices of withdrawal of the Twelfth, Thirteenth, and Eighteenth affirmative defenses. (Docs. 27 and 28). Defendants reserve the right to amend and re-plead these defenses should additional facts arise during discovery that would support them. Based on Defendants' withdrawal of the Twelfth, Thirteenth, and Eighteenth affirmative defenses, Plaintiff's motions to strike (Docs. 24 and 25) are due to terminated as **moot.**

DONE and ORDERED in Ocala, Florida on July 31, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Party